IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

      Plaintiff,                      No. CIV S-07-1061 GEB GGH P

    vs.

TOM FELKER, Warden, et al.,

      Defendants.         <u>ORDER</u>

                      /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By Order, filed on September 19, 2007, plaintiff's original complaint was dismissed and plaintiff was granted leave to amend. Plaintiff was subsequently granted an extension of time until November 18, 2007, to file his amended complaint, by Order, filed on October 12, 2007, with no further extension of time to be granted. Plaintiff then filed an amended complaint on October 22, 2007, and another on November 15, 2007. This order references the latter amended complaint, filed on November 15, 2007 (# 41). By concurrently filed Findings and Recommendations, the court recommends dismissal of several claims and defendants. Plaintiff's October 11, 2007, request for an extension of time will be denied as moot.

\\\\\

1

1   The amended complaint (# 41) states a cognizable claim for relief pursuant to 42
2   U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are
3   proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.
4   In accordance with the above, IT IS HEREBY ORDERED that:
5   1. Service is appropriate for the following defendants: Warden T. Felker;
6   Associate Warden M.D. McDonald; Assoc. Warden D.L. Runnels; Assoc. Warden R.K. Wong;
7   Medical Technical Assistant (MTA) Hunsacker; Dr. Hornsten; Dr. A. David; Correctional
8   Officer (C/O) Nichols; C/O Hayes; C/O Barron-Metunie; MTA Caldwell.
9   2. The Clerk of the Court shall send plaintiff eleven (11) USM-285 forms, one
10  summons, an instruction sheet and a copy of the amended complaint (# 41) filed November 15,
11  2007.
12  3. Within thirty days from the date of this order, plaintiff shall complete the
13  attached Notice of Submission of Documents and submit the following documents to the court:
14      a. The completed Notice of Submission of Documents;
15      b. One completed summons;
16      c. One completed USM-285 form for each defendant listed in number 1
17         above; and
18      d. Twelve copies of the endorsed amended complaint (# 41) filed
19         November 15, 2007.
20  4. Plaintiff need not attempt service on defendants and need not request waiver of
21  service.  Upon receipt of the above-described documents, the court will direct the United States
22  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
23  without payment of costs.
24  \\\\\
25  \\\\\
26  \\\\\

5.  Plaintiff's October 11, 2007 (# 33) request for an extension of time to file an amended complaint is denied as moot.

DATED: 03/26/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
ande1061.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                    No. CIV S-07-1061 GEB GGH P

    vs.

TOM FELKER, Warden, et al.,        NOTICE OF SUBMISSION

    Defendants.                OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       1       completed summons form

      11      completed USM-285 forms

      12      copies of the November 15, 2007 Amended Complaint

DATED:

_____
Plaintiff