IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

      Plaintiff,                    2:07-cv-1061-GEB-GGH-P

  vs.

TOM FELKER, Warden, et al.,

      Defendants.           <u>ORDER</u>

_____/

         On October 11, 2007,[1] plaintiff filed a request for reconsideration (# 34 & # 35) of the magistrate judge's order filed September 19, 2007, denying plaintiff's request for appointment of counsel and vacating plaintiff's request for preliminary injunctive relief without prejudice. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

\\\\\

\\\\\

---

[1] Although untimely on the face of it, the court will afford plaintiff the benefit of the mailbox rule because plaintiff's evidently signed his requests on September 27, 2007. Pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 275-76, 108 S. Ct. 2379, 2385 (1988), pro se prisoner filing is dated from the date prisoner delivers it to prison authorities.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 19, 2007, is affirmed.

Dated: March 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge