IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                    2:07-cv-1061-GEB-GGH-P

    vs.

TOM FELKER, Warden, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 26, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire

---

[1] Nevertheless, within his putative objections, plaintiff states, inter alia, that he "does not object to the stated named defendants being dismissed without further leave to amend."

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed March 26, 2008, are adopted in full;
5  and
6          2. Defendants D.E. Vandeville, D. Hellwig, J. Owen, D. Peddecord,
7  M. Townsend, R. Kesler, S. Spehling, M. Wright, M. Norgaard, Roche and Tassey are dismissed
8  with prejudice from this action.
9  Dated: May 20, 2008

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```