IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                      No. CIV S-07-1061 GEB GGH P

    vs.

TOM FELKER, Warden, et al.,

    Defendants.                  FINDINGS AND RECOMMENDATIONS,

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On May 7, 2008, plaintiff filed his third request for a temporary restraining order (TRO)/preliminary injunctive relief. In a prior order, the undersigned stated, in part:

> The court has previously set forth to plaintiff the requisite standards for issuance of a TRO and/or a preliminary injunction. See Order, filed on September 19, 2007, pp. 8-10. In that Order, inter alia, wherein an earlier request for preliminary injunctive relief was vacated without prejudice, the court was explicit that before ruling on plaintiff's claimed need for preliminary injunctive relief, the undersigned intended to afford defendants an opportunity to respond, assuming plaintiff were to frame colorable claims in an amended complaint. The court has now found certain of plaintiff's claims colorable and has found the amended complaint appropriate for service as to certain defendants in a concurrently filed Order. Therefore, once these defendants have been served, plaintiff may again seek preliminary injunctive relief but in order to do so, he must set forth in a declaration explicitly what form of medical relief he is seeking for precisely what conditions, demonstrating in

>an appropriately supported motion, how the treatment he is currently receiving is not adequate. He may not simply string a series of medical conditions together and allege generically that the medical treatment he is seeking is inadequate. At this time, the court will once again vacate plaintiff's request for preliminary injunctive relief without prejudice.

Order, filed on March 26, 2008 (# 48), p. 4.

By Order, filed on April 25, 2008, this court directed service of the November 15, 2007, amended complaint on eleven defendants. By Order, filed on May 21, 2008, the Findings and Recommendations of the undersigned, filed on March 26, 2008, were adopted and eleven other defendants were dismissed from this action. In filing his May 7, 2008, request for a TRO/preliminary injunction plaintiff has failed to afford an opportunity for service of the amended complaint to be effected upon the remaining defendants so that a response could be ordered more simply from defendants. More importantly, plaintiff has not followed the court's direction with respect to making an appropriate request for preliminary injunctive relief. Plaintiff has thrown together a potpourri of complaints regarding disparate medical conditions, his custody level, the unpleasant smell due to the number of per hour toilet flushes to which prisoners are limited in their cells, limited outdoor exercise, being forced to take a cellmate by prison officials implementing "underground regulations," denial of showers, mail tampering. Motion, pp. 2-3. Because plaintiff has so wholly failed to bring an appropriate motion for a TRO/preliminary injunctive relief, the court will now recommend dismissal of the motion without a response from defendants. Plaintiff is cautioned not to bring yet another inadequately supported motion for a preliminary injunction which fails to set forth the exact form of relief he seeks, the precise condition for which he seeks such relief, and why failure to grant immediate relief would result in irreparable harm to plaintiff.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's too broadly framed and inadequately supported request for a TRO/preliminary injunctive relief, filed on May 7, 2008 (# 57), be denied.

1 These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6 shall be served and filed within ten days after service of the objections.  The parties are advised
7 that failure to file objections within the specified time may waive the right to appeal the District
8 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 05/30/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
ande1061.fr2