IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMUEL ANDERSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TOM FELKER, Warden, et al.,<br><br>　　　　　　　　　　　Defendants. | 2:07-cv-1061 GEB GGH<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

　　The Court, having considered Defendants' first request for an extension of time to file a responsive pleading, and good cause having been found,

　　IT IS HEREBY ORDERED THAT: Defendants' responsive pleading shall be filed on or before July 30, 2008.

Dated: 06/27/08　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

ande1061.eot

[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

1