IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                    No. CIV S-07-1061 GEB GGH P

    vs.

TOM FELKER, Warden, et al.,

    Defendants.             <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file objections to the court's May 30, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's June 19, 2008 request for a 20-day extension of time (Docket #61) is granted;

    2. Plaintiff is granted until July 9, 2008 to file objections to findings and recommendations; and

    3. There will be no further extension.

DATED: 06/27/08

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
ande1061.36