IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                         No. CIV S-07-1061 GEB GGH P

    vs.

TOM FELKER, Warden, et al.,

    Defendants.                    ORDER

_____/

        Plaintiff has filed a belated request for an extension of time to file an opposition to defendants' motion to dismiss, filed on July 30, 2008. Plaintiff claims that his legal property was confiscated on September 16, 2008, at which time he was placed in administrative segregation. He also avers that he has not been able to access the prison law library. What plaintiff does not clarify is why he would have been unable to file his opposition before he was placed in ad seg, when it would have been timely.

        The court will liberally construe plaintiff's request for an extension of time as timely made (which constitutes, in itself, a separate extension of time) and will afford plaintiff a final opportunity to file an opposition, but there will be no further extension. Plaintiff is cautioned that failure to file an opposition will be deemed a statement of non-opposition to the granting of the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 1, 2008, request for an extension of time (Docket # 79) is deemed timely and is granted;

2. Plaintiff is granted a thirty-day extension of time from the date of this order to file an opposition to defendants' pending motion to dismiss, filed on July 30, 2008;

3. There will be no further extension;

4. Plaintiff is cautioned that failure to file an opposition will be deemed a statement of non-opposition to the granting of the motion.

DATED: 10/23/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
ande1061.36(2)